UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CLEO B. HALL : CHAPTER 13
      Debtor :
       :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
       :
      vs. :
       :
CLEO B. HALL :
      Respondent : CASE NO. 5-23-bk-01315

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 17th day of July, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

    a. Residential real estate. The Trustee has requested proof of the value of the debtor's home as stated in his schedules.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                        Respectfully submitted:

                        Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

        BY:                /s/Agatha R. McHale
                        Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 19th day of July, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

J Zac Christman, Esquire
556 Main Street, Suite 12
Stroudsburg, PA 18360

                              /s/Deborah A. DePalma
                              Office of Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee