United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                       Case No. 23-01315-MJC

Cleo B. Hall                                                                Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: AutoDocke                                           Page 1 of 2

Date Rcvd: Jul 18, 2023                      Form ID: ntcnfhrg                                       Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cleo B. Hall, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |
| 5547113 | + | Berkheimer Tax, 50 N 7th Street, Bangor, PA 18013-1795 |
| 5547115 | + | Cleo Hall, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |
| 5547122 | | Lehigh Valley Health Network, PO Box 981028, Boston, MA 02298-1028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 18:46:55 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5548251 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 18:47:16 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5547112 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2023 18:48:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5547114 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2023 18:58:02 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5547116 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2023 18:48:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus OH 43218-2789 |
| 5547117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2023 18:48:00 | Comenity Capital Bank/Ulta, P.O. Box 182120, Columbus OH 43218-2120 |
| 5547118 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 18 2023 18:48:00 | Dep't of Education/Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5547119 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 18 2023 18:48:00 | Fingerhut/Webbank, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 5547120 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 18 2023 18:46:56 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5547121 | ^ | MEBN | Jul 18 2023 18:43:07 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5549750 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2023 18:57:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5553755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2023 18:46:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5547123 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2023 18:46:10 | Merrick Bank, 10705 S Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 5547124 | + | Email/Text: jbenner@nepafcu.org | Jul 18 2023 18:48:00 | NE PA Community FCU, 934 N 9th Street, Stroudsburg, PA 18360-1208 |

| Recipient # | | Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 5549749 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2023 18:46:58 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5550376 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2023 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5554532 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2023 18:48:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5547125 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 18 2023 18:48:00 | Select Portfolio Servicing, Attn: Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5549066 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 18 2023 18:48:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Cleo B. Hall zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Cleo B. Hall,<br>aka Cleo Bernadette Hall, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:23−bk−01315−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 17, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 24, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 18, 2023 |

ntcnfhrg (08/21)