LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:  **CLEO B. HALL,** aka           :        **Chapter 13**
      Cleo Bernadette Hall,      :        Case No. **5:23-bk-01315-MJC**
      Debtor(s),           :

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:**  Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order.  Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.**  Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1.  Amount agreed to by debtor | $ 4,500 |
| 2.  Less amount paid to attorney outside of plan distributions | $ 1,000 |
| 3.  Balance of compensation to be paid through plan distributions | $ 3,500 |
| 4.  Expenses advanced to be paid through plan distributions: (describe expense and amount) deed and lien research | $ 0 |

| | |
|---|---|
| **B.**  Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1.  Compensation and expenses to be approved by the Court | $ N/A |
| 2.  Less amounts paid to attorney outside of plan distributions | $ N/A |
| 3.  Balance of compensation and expenses to be paid through plan distributions | $ N/A |

| | |
|---|---|
| **C.**  The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. 503(b)(2) in the following amount based on the information above: | $ 3,500 |

Dated: October 16, 2023            /s/ J. Zac Christman
                                Attorney for Debtor