UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **CLEO B. HALL,** aka Cleo Bernadette Hall, Debtor(s), | : : : | **Chapter 13** Case No. **5:23-bk-01315-MJC** |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Pass-Through Certificates, Series 2000-LB1, Movant, v. **CLEO B. HALL** and **JACK N. ZAHAROPOULOS, TRUSTEE,** Respondents, | : : : : : : : : : : : | **Motion for Relief from Stay** |

ANSWER TO MOTION OF
DEUTSCHE BANK NATIONAL TRUST COMPANY FOR RELIEF FROM STAY

AND NOW COMES Debtor(s) **CLEO B. HALL,** by and through their attorneys, J. ZAC CHRISTMAN, ESQUIRE, and in Answer to the Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY** for Relief from Stay aver:

1-2. Admitted.

3. Denied. Upon information and belief, the Trustee was appointed by the Office of United States Trustee.

4. Denied to the extent the document(s) attached as Exhibit C do not speak for themselves.

5. Admitted.

6. Denied. Movant fails to properly credit a payment of $2,885.53 made on March 24, 2024, and failed to credit a payment of $2,800 made August 5, 2024, and a payment of $315 made on August 5, 2024.

7. Denied. See response to paragraph 6, above.

8. Denied to the extent the averments of paragraph 8 are other than a statement or conclusion of law or misplaced request for relief that does not require a response. Also, see response to paragraph 6, above.

9. Admitted in part and Denied in part. As of July 19, 2024, there was an additional pending payment to the Trustee of $1,990.

10. Denied to the extent the averments of paragraph 10 are other than a statement or conclusion of law or misplaced request for relief that does not require a response.

11. Denied to the extent the averments of paragraph 11 are other than a statement or conclusion of law or misplaced request for relief that does not require a response

WHEREFORE, Debtor **CLEO B. HALL,** respectfully prays this Honorable Court for an Order than the Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY** for Relief from Stay be Denied, and for such other and further relief as the Honorable Court deems just and appropriate.

Respectfully Submitted,

/s/ J. Zac Christman
J. Zac Christman, Esquire
Attorney for Debtor
538 Main Street, Suite 102
Stroudsburg, PA 18360
(570) 234-3960
zac@jzacchristman.com