UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **CLEO B. HALL,** aka Cleo Bernadette Hall, Debtor(s), | : : : | **Chapter 13** Case No. **5:23-bk-01315-MJC** |
| **ALLY BANK,** Movant, v. **CLEO B. HALL** and **JACK N. ZAHAROPOULOS, TRUSTEE,** Respondents, | : : : : : : | **Motion for Relief from Stay** |

## ANSWER TO MOTION OF ALLY BANK FOR RELIEF FROM STAY

AND NOW COMES Debtor(s) **CLEO B. HALL,** by and through their attorneys, J. ZAC CHRISTMAN, ESQUIRE, and in Answer to the Motion of **ALLY BANK** for Relief from Stay aver:

1. Denied. Debtor lacks sufficient information and belief to Admit or Deny the averments of paragraph 1 and such are therefore Denied.

2. Admitted in part and Denied in part. Debtor has been residing with her sister near her very ill mother for months, but will soon resume residence in the address indicated.

3. Denied to the extent the averments of paragraph 3 are other than a statement or conclusion of law or misplaced request for relief that does not require a response.

4-5. Admitted.

6. Admitted in part and Denied in part. Debtor believes the balance is less.

7. Denied. Debtor believes the loan is significantly closer to current, but not postpetition current. Additionally, Debtor recently spent a significant amount on mechanical repairs the vehicle required.

8. Denied. in part. Debtor lacks sufficient information and belief to Admit or Deny the averments of paragraph 8 and such are therefore Denied. Debtor believes the retail value of the vehicle is significantly greater.

9-10. Admitted.

11. Denied to the extent the averments of paragraph 11 are other than a statement or conclusion of law or misplaced request for relief that does not require a response.

12. Denied to the extent the averments of paragraph 12 are other than a statement or conclusion of law or misplaced request for relief that does not require a response.

13. Denied to the extent the averments of paragraph 13 are other than a statement or conclusion of law or misplaced request for relief that does not require a response.

WHEREFORE, Debtor **CLEO B. HALL,** respectfully prays this Honorable Court for an Order than the Motion of **ALLY BANK** for Relief from Stay be Denied, and for such other and further relief as the Honorable Court deems just and appropriate.

Respectfully Submitted,

 /s/ J. Zac Christman
J. Zac Christman, Esquire
Attorney for Debtor
538 Main Street, Suite 102
Stroudsburg, PA 18360
(570) 234-3960
zac@jzacchristman.com