# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CLEO B. HALL
           AKA: CLEO BERNADETTE HALL    CHAPTER 13

       Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 5-23-01315-MJC

CLEO B. HALL
AKA: CLEO BERNADETTE HALL

      Respondent(s)

## CERTIFICATION OF DEFAULT

     AND NOW on April 15, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

  - make the regular monthly payments to the trustee

     As of April 15, 2025, the Debtor(s) is/are $5000.00 in arrears a plan payment having last been made on October 28, 2024.

     In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated:    April 15, 2025                        Respectfully submitted,

                                                   /s/   Agatha R. McHale, Esquire
                                                   ID: 47613
                                                   Attorney for Trustee
                                                   Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee
                                                   Suite A, 8125 Adams Drive
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097
                                                   email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CLEO B. HALL
AKA: CLEO BERNADETTE HALL

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-23-01315-MJC

Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 15, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

J ZAC CHRISTMAN ESQUIRE
J ZAC CHRISTMAN LAW
538 MAIN ST, SUITE 102
STROUDSBURG PA  18360-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

<u>Served by First Class Mail</u>
CLEO B. HALL
272 SYCAMORE DRIVE
EAST STROUDSBURG  PA   18301

I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 15, 2025

/s/  Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com