## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **CLEO B. HALL**<br>AKA: CLEO BERNADETTE HALL<br><br>Debtor 1 | Chapter: 13<br><br>Case No.: 5:23-bk-01315 MJC |
| **JACK N. ZAHAROPOULOS**<br>**CHAPTER 13 TRUSTEE**<br>   vs.           Movant(s)<br><br>**CLEO B. HALL**<br>AKA: CLEO BERNADETTE HALL<br>              Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 63, Debtor's Objection thereto, Dkt. # 64, after a hearing held on May 15, 2025, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-captioned case of the Debtor be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 15, 2025