# Notice Recipients

District/Off: 0314−5   User: AutoDocketer   Date Created: 5/16/2025
Case: 5:23−bk−01315−MJC   Form ID: pdf010   Total: 36

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Denise E. Carlon | bkgroup@kmllawgroup.com |
| aty | J. Zac Christman | zac@jzacchristman.com |
| aty | Regina Cohen | rcohen@lavin−law.com |
| aty | Robert Shearer | rshearer@raslg.com |
| aty | Stephanie Walczak | swalczak@kmllawgroup.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Cleo B. Hall | 272 Sycamore Drive | East Stroudsburg, PA 18301 | |
| cr | Ally Bank, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| cr | Ally Bank c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| cr | Ally Bank | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| 5548251 | Ally Bank | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 |
| 5560908 | Ally Bank c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| 5547112 | Ally Financial | PO Box 380901 | Bloomington, MN 55438 | |
| 5547113 | Berkheimer Tax | 50 N 7th Street | Bangor, PA 18013 | |
| 5559049 | Berkheimer, Agt for Pocono Mountain SD/Pocono Twp | 50 North Seventh Street | Bangor, PA 18013 | |
| 5547114 | Capital One Bank USA NA | PO Box 31293 | Salt Lake City, UT 84131 | |
| 5547115 | Cleo Hall | 272 Sycamore Drive | East Stroudsburg, PA 18301 | |
| 5547116 | Comenity Bank/VCTRSSEC | PO Box 182789 | Columbus OH 43218−2789 | |
| 5547117 | Comenity Capital Bank/Ulta | P.O. Box 182120 | Columbus OH 43218 | |
| 5547118 | Dep't of Education/Nelnet | 121 South 13th Street | Lincoln, NE 68508 | |
| 5547119 | Fingerhut/Webbank | 6250 Ridgewood Road | St. Cloud, MN 56303 | |
| 5547120 | First Premier Bank | 3820 N Louise Avenue | Sioux Falls, SD 57107−0145 | |
| 5547121 | KML Law Group, P.C. | 701 Market Street, Suite 5000 | Philadelphia, PA 19106 | |
| 5549750 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 5547122 | Lehigh Valley Health Network | PO Box 981028 | Boston, MA 02298−1028 | |
| 5553755 | MERRICK BANK | Resurgent Capital Services | PO Box 10368 | Greenville, SC 29603−0368 |
| 5547123 | Merrick Bank | 10705 S Jordan Gateway | Suite 200 | South Jordan, UT 84095 |
| 5547124 | NE PA Community FCU | 934 N 9th Street | Stroudsburg, PA 18360 | |
| 5549749 | PYOD, LLC | Resurgent Capital Services | PO Box 19008 | Greenville, SC 29602 |
| 5550376 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | Harrisburg, PA 17128−0946 | |
| 5554532 | Quantum3 Group LLC as agent for | CF Medical LLC | PO Box 788 | Kirkland, WA 98083−0788 |
| 5560394 | Quantum3 Group LLC as agent for | Comenity Capital Bank | PO Box 788 | Kirkland, WA 98083−0788 |
| 5547125 | Select Portfolio Servicing | Attn: Bankruptcy Department | PO Box 65250 | Salt Lake City, UT 84165 |
| 5561696 | Select Portfolio Servicing, Inc. | P.O. Box 65250 | Salt Lake City, UT 84165−0250 | |
| 5549066 | US DEPARTMENT OF EDUCATION C/O NELNET | 121 S 13TH ST | LINCOLN, NE 68508 | |

TOTAL: 29