In re:  Case No. 23-01315-MJC
Cleo B. Hall  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: May 16, 2025     Form ID: pdf010     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cleo B. Hall, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |
| 5547113 | + | Berkheimer Tax, 50 N 7th Street, Bangor, PA 18013-1795 |
| 5559049 | + | Berkheimer, Agt for Pocono Mountain SD/Pocono Twp, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5547115 | + | Cleo Hall, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |
| 5547122 | | Lehigh Valley Health Network, PO Box 981028, Boston, MA 02298-1028 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 18:44:57 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5548251 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 18:45:01 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5560908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 18:44:57 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5547112 | + | Email/Text: ally@ebn.phinsolutions.com | May 16 2025 18:43:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5547114 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 18:45:05 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5547116 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2025 18:43:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus OH 43218-2789 |
| 5547117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2025 18:43:00 | Comenity Capital Bank/Ulta, P.O. Box 182120, Columbus OH 43218-2120 |
| 5547118 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 16 2025 18:43:00 | Dep't of Education/Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5547119 | + | Email/Text: bnc-bluestem@quantum3group.com | May 16 2025 18:43:00 | Fingerhut/Webbank, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 5547120 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 16 2025 18:45:05 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5547121 | ^ | MEBN | May 16 2025 18:40:10 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5549750 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 18:44:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5553755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2025 18:44:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5547123 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 16 2025 18:45:06 | Merrick Bank, 10705 S Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 5547124 | + | Email/Text: jbenner@nepafcu.org | May 16 2025 18:43:00 | NE PA Community FCU, 934 N 9th Street, Stroudsburg, PA 18360-1208 |
| 5549749 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 18:44:57 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5550376 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2025 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5560394 | | Email/Text: bnc-quantum@quantum3group.com | May 16 2025 18:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5554532 | | Email/Text: bnc-quantum@quantum3group.com | May 16 2025 18:43:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5547125 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 16 2025 18:43:00 | Select Portfolio Servicing, Attn: Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5561696 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 16 2025 18:43:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5549066 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 16 2025 18:43:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Zac Christman | |

| | |
|---|---|
| | on behalf of Debtor 1 Cleo B. Hall zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| Robert Shearer | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 rshearer@raslg.com |
| Stephanie Walczak | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| CLEO B. HALL<br>AKA: CLEO BERNADETTE HALL | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 5:23-bk-01315 MJC |

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    vs.                Movant(s)

CLEO B. HALL
AKA: CLEO BERNADETTE HALL
                Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 63, Debtor's Objection thereto, Dkt. # 64, after a hearing held on May 15, 2025, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-captioned case of the Debtor be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 15, 2025